IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FREDERICK ELDRED RENNEKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV62 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, Jo Anne B. Barnhart, Commissioner, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's filing, Filing No. 17, which the court has construed and filed as a notice of appeal. Plaintiff has failed to file a motion to proceed in forma pauperis. However, on February 14, 2007, the court found plaintiff could proceed in forma paupers. The court finds that plaintiff's appeal should likewise proceed in forma paupers.

Therefore, it is ordered that plaintiff shall be permitted to appeal in forma pauperis in this case.

DATED this 8th day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge