# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA



Denise M. Lucks  **OFFICE OF THE CLERK**  M. Therese Bollerup
Clerk of Court   www.ned.uscourts.gov   Chief Deputy Clerk



TO: The Honorable Joseph F. Bataillon

FROM: Clerk, U.S. District Court
  Kamala B. Jewett

DATE: May 3, 2007

SUBJECT: 8:07CV62 Frederick Eldred Renneke

A party, who has already been permitted to proceed in forma pauperis in District Court, has filed a Notice of Appeal. Please note the following:

(X) An appeal fee of $455.00 was not received.

(X) A motion to proceed in forma pauperis on appeal was not received.

Transmission of the Notice of Appeal to the U.S. Court of Appeals will be delayed until the District Court determines plaintiff's in forma pauperis status.

____ An order will be entered finding that the party is not entitled to proceed in forma pauperis.

_X_ An order will be entered finding that the party is permitted to proceed on appeal in forma pauperis.

Dated this __8__ day of __MAY__, 20_07_.

_____
United States District Judge

Last Update: 10/4/06   clerk\proc\appeals\forms\civil nonprisoner ifp memo

111 South 18th Plaza, Suite 1152        100
Centennial Mall North, Room 593
Omaha, NE 68102-1322            Lincoln, NE
68508-3803

(402) 661-7350  (402) 437-5225
Fax: (402) 661-7387  Fax: (402) 437-5651
Toll Free: (866) 220-4381  Toll Free: (866) 220-4379